E. CLEMENS HORST COMPANY, Respondent, *v.* M. GROH'S SONS, INCORPORATED, Appellant.

*Horst Co. v. M. Groh's Sons, Inc.*, 148 App. Div. 914, affirmed.
(Argued December 16, 1913; decided December 30, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 23, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action on contract.

*Thomas F. Keogh* for appellant.

*Carl A. Mead* and *John A. Garver* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT, HISCOCK, CHASE, COLLIN and CUDDEBACK, JJ.